**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1915**

———————

In re:  ABDURRAHMAN CETIN,


                    Petitioner.

———————

On Petition for Writ of Mandamus.
(4:08-cr-00370-RBH-1; 4:12-cv-00551-RBH)

———————

Submitted:  November 18, 2014      Decided:  November 20, 2014

———————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Abdurrahman Cetin, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdurrahman Cetin petitions for a writ of mandamus seeking an order vacating his convictions and sentence. We conclude that Cetin is not entitled to mandamus relief and deny his petition.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Cetin has not shown that he is entitled to the relief he seeks. Accordingly, while we grant his motion for leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED